**Robert Jones, Plaintiff-Appellant, v. Joseph Reuss, d/b/a J & J Service Station, Defendant-Appellee.**

**Gen. No. 50,551.**

First District, Third Division.

May 12, 1966.

Gomberg & Missner, of Chicago (Sidney D. Missner, of counsel), for appellant; Jacobs and McKenna, of Chicago (Barry L. Kroll, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**